THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>    PLAINTIFF,<br><br>    v.<br><br>LILLY LONG TERM DISABILITY PLAN & LILLY LIFE INSURANCE PLAN,<br><br>    Defendant. | Case No. 2:24-cv-00461-JCC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS |

Pursuant to LCR 7(j), Plaintiff David Sarruf and Defendants Lilly Long Term Disability Plan and Lilly Life Insurance Plan (together "Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and move this Court for an order extending the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint until June 14, 2024.

The Parties respectfully submit that good cause exists for this stipulated motion. The extension of time is reasonable under the circumstances, no other case deadlines have been set, the extension will not interfere with any other case deadlines, and no other deadlines need to change.

Accordingly, the parties respectfully request that the Court extend the deadlines for Defendants to answer or otherwise respond to the complaint, as set forth in this stipulation.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

Respectfully submitted this 22nd day of May, 2024.

KANTOR & KANTOR LLP

By: /s/ *Glenn R. Kantor*
Brent Dorian Brehm, *Pro Hac Vice*
Glenn R. Kantor, *Pro Hac Vice*
Kantor & Kantor LLP
9301 Corbin Ave, Ste 1400
Northridge, CA 91324
Telephone: 818-886-2525
Fax: 818-350-6272
bbrehm@kantorlaw.net
gkantor@kantorlaw.net

Stacy M. Tucker, WSBA 43449
Monahan Tucker Law, P.C.
14241 NE Woodinville-Duvall Rd., Suite 382
Woodinville, WA 98072
Telephone: 866-255-8612
Fax: 206-800-7801
SMTucker@mtlawpc.com
*Attorneys for Plaintiff*

BRACEWELL, LLP

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart (#34068)
Bracewell, LLP
701 Fifth Ave, Suite 3420
Seattle, WA 98104
Telephone: 206-204-6200
Fax: 206-204-6200
doug.stewart@bracewell.com
*Attorney for Defendants*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

This matter came regularly before the Court through the stipulation filed by the Parties above. The Court, having considered the stipulation and the facts described therein, finds good cause for the agreed-upon extension and hereby ORDERS as follows:

1. Defendant may file its responsive pleadings on or before June 14, 2024.

**IT IS SO ORDERED** this 23rd day of May 2024.

*/s/ John C. Coughenour*

———————————————————
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
DEADLINE FOR RESPONSIVE PLEADINGS
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: May 22, 2024.

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970