THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID SARRUF, | CASE NO. C24-0461-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LILLY LONG TERM DISABILITY PLAN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report, where the parties indicate this case is exempt from the requirements of FRCP 26(a) and 26(f) and ask the Court to establish a briefing schedule in this record review case. Finding good cause, the Court sets the following schedule:

| Event | Date/Deadline |
|---|---|
| Deadline for Defendants to Provide Draft Admin. Record | August 14, 2024 |
| Deadline for Plaintiff to Advise of Proposed Changes | August 28, 2024 |
| Deadline for Parties to File Record with the Court | September 11, 2024 |

MINUTE ORDER
C24-0461-JCC
PAGE - 1

| Deadline to File Opening Summary Judgment Briefs | October 1, 2024 |
|---|---|
| Deadline to File Response Summary Judgment Briefs | October 24, 2024 |
| Deadline to File Reply Summary Judgment Briefs | November 14, 2024 |

It is so ORDERED this 19th day of July 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
