THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>          Plaintiff,<br><br>v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>          Defendant. | Case No. 2:24-cv-00461-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER |

      Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their attorneys, hereby file this stipulated Motion respectfully requesting that the Court modify the case schedule issued by minute order dated July 19, 2024 (Dkt. 20).

      In support of this Motion, Defendants state that Court's minute order requires Defendants to provide the draft administrative record to Plaintiff by August 14, 2024. Dkt. 20. Defendants have been working diligently to assemble the draft administrative record, including collecting and reviewing electronic documents. However, Defendants have encountered delays in the

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

| | |
|---|---|
| STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER - 1<br>No. 2:24-cv-00461-JCC | **Bracewell LLP**<br>701 Fifth Ave., Suite 3420<br>Seattle, Washington 98104-7043<br>Phone 206.204.6200 Fax 800.404.3970 |

course of this process. Due to these delays and the volume of documents that Defendants are reviewing to ensure that the administrative record is complete, Defendants need additional time to provide the draft administrative record to Plaintiff. For these reasons, Defendants respectfully request that this Court amend the current case schedule as follows:

| Current Date | New Proposed Date | Deadline |
| --- | --- | --- |
| August 14, 2024 | August 28, 2024 | Deadline for Defendants to provide the draft administrative record to Plaintiff |
| August 28, 2024 | September 11, 2024 | Deadline for Plaintiff to advise Defendants of any proposed changes to the draft administrative record |
| September 11, 2024 | September 23, 2024 | Deadline for the parties to file the administrative record with the Court |

Counsel for Defendants has conferred with counsel for Plaintiff, and counsel for Plaintiff stipulates to this request.

Date:    August 12, 2024

Respectfully submitted,

THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN

By: */s/ Douglas F. Stewart*
Douglas F. Stewart (#34068)
Bracewell, LLP
701 Fifth Ave, Suite 3420
Seattle, WA  98104
Telephone:  206-204-6200
Fax:  800-404-3970
doug.stewart@bracewell.com

Aviva Grumet-Morris *(admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
agmorris@winston.com

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER - 2
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

|   |   |
|---|---|
| 1 | Telephone:  312-558-5600 |
|   | Facsimile:  312-558-5700 |
| 2 |   |
| 3 | *Attorneys for Defendants The Eli Lilly and Company Long Term Disability Plan and The Eli Lilly and Company Life Insurance and Death Benefit Plan* |
| 4 |   |
| 5 |   |
| 6 | KANTOR & KANTOR LLP |
| 7 | By: /s/ *Glenn R. Kantor* |
|   | Brent Dorian Brehm, *Pro Hac Vice* |
| 8 | Glenn R. Kantor, *Pro Hac Vice* |
|   | 9301 Corbin Ave, Ste 1400 |
| 9 | Northridge, CA 91324 |
| 10 | Telephone: 818-886-2525 |
|   | Fax: 818-350-6272 |
| 11 | bbrehm@kantorlaw.net |
|   | gkantor@kantorlaw.net |
| 12 |   |
| 13 | Stacy M. Tucker, WSBA 43449 |
|   | Monahan Tucker Law, P.C. |
| 14 | 14241 NE Woodinville-Duvall Rd., Suite 382 Woodinville, WA 98072 |
| 15 | Telephone: 866-255-8612 |
|   | Fax: 206-800-7801 |
| 16 | SMTucker@mtlawpc.com |
|   | *Attorneys for Plaintiff* |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER - 3
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

## [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

This matter came regularly before the Court through the stipulation filed by the Parties above. The Court, having considered the stipulation and the facts described therein, finds good cause for the agreed-upon proposed dates and hereby ORDERS the following schedule:

| New Date | Deadline |
| --- | --- |
| August 28, 2024 | Deadline for Defendants to provide the draft administrative record to Plaintiff |
| September 11, 2024 | Deadline for Plaintiff to advise Defendants of any proposed changes to the draft administrative record |
| September 23, 2024 | Deadline for the parties to file the administrative record with the Court |

**IT IS SO ORDERED** this 12th day of August 2024.

*/s/ John C. Coughenour*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
MODIFY SCHEDULING ORDER - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: August 12, 2024

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970