THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>                        Plaintiff,<br><br>     v.<br><br>LILLY LONG TERM DISABILITY PLAN & LILLY LIFE INSURANCE PLAN,<br><br>                        Defendant. | Case No. 2:24-cv-00461-JCC<br><br>JOINT MOTION TO STAY CASE |

Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their undersigned attorneys, jointly move for a brief three-week stay of all pending deadlines in this case, through and including September 17, 2024, to allow the Parties to continue discussions on ways to potentially resolve this matter.

In support of their Motion, the Parties state that they have discussed resolving this matter without the need for further litigation. In order to provide the Defendants additional time to consider these options, and so as to conserve resources and potentially avoid the expenditure of

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

JOINT MOTION TO STAY CASE - 1
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

1  unnecessary time and money, both Parties believe that it would be productive to briefly stay the
2  pending case deadlines.
3        The Parties further propose that, should this Motion be granted, then on or before
4  September 17, 2024, the Parties will file a joint status report to inform the Court of the status of
5  this matter and, if necessary, to propose a new scheduling order.
6        This Motion is not made for purposes of delay or prejudice, but so that justice may be
7  done. This case has been pending only since April 2024, and the requested brief stay is intended
8  to allow the Parties an opportunity to consider resolving the case without the need for further
9  litigation.
10       WHEREFORE, the Parties respectfully request that the Court issue an Order staying all
11 pending deadlines in this case for three weeks, through and including September 17, 2024.

12
13 Dated: August 27, 2024       Respectfully submitted,

14       THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND
15       COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN
16

17       By: */s/ Douglas F. Stewart*
18       Douglas F. Stewart (#34068)
      Bracewell, LLP
19       701 Fifth Ave, Suite 3420
      Seattle, WA 98104
20       Telephone: 206-204-6200
      Fax: 800-404-3970
21       doug.stewart@bracewell.com

22
23       Aviva Grumet-Morris *(admitted pro hac vice)*
      WINSTON & STRAWN LLP
24       35 West Wacker Drive
      Chicago, IL 60601-9703
25       agmorris@winston.com
      Telephone: 312-558-5600
26       Facsimile: 312-558-5700
27

JOINT MOTION TO STAY CASE - 2
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

*Attorneys for Defendants The Eli Lilly and Company Long Term Disability Plan and The Eli Lilly and Company Life Insurance and Death Benefit Plan*

KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
Brent Dorian Brehm, *Pro Hac Vice*
Glenn R. Kantor, *Pro Hac Vice*
9301 Corbin Ave, Ste 1400
Northridge, CA 91324
Telephone: 818-886-2525
Fax: 818-350-6272
bbrehm@kantorlaw.net
gkantor@kantorlaw.net

Stacy M. Tucker, WSBA 43449
Monahan Tucker Law, P.C.
14241 NE Woodinville-Duvall Rd., Suite 382 Woodinville, WA 98072
Telephone: 866-255-8612
Fax: 206-800-7801
SMTucker@mtlawpc.com
*Attorneys for Plaintiff*

JOINT MOTION TO STAY CASE - 3
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**[PROPOSED] ORDER STAYING CASE**

This matter came regularly before the Court through the joint motion filed by the Parties above (**Dkt. No. 24**). The Court, having considered the joint motion and the facts described therein, finds good cause for the agreed-upon stay and hereby ORDERS that all pending case deadlines be stayed. The Parties are also ORDERED to file a joint status report by September 17, 2024 to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order.

**IT IS SO ORDERED** this 27th day of August 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION TO STAY CASE - 4
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: August 27, 2024

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

JOINT MOTION TO STAY CASE - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970