THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LILLY LONG TERM DISABILITY PLAN & LILLY LIFE INSURANCE PLAN,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**JOINT STATUS REPORT AND JOINT MOTION FOR ADDITIONAL THIRTY-DAY STAY** |

　　　Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their attorneys, hereby respectfully submit this Joint Status Report and Joint Motion for Additional Thirty-Day Stay, as follows.

　　　On August 27, 2024, the Parties filed a Joint Motion to Stay Case, on the grounds that the Parties had discussed resolving this matter without the need for further litigation, and asked the Court to stay all pending deadlines in this case, through and including September 17, 2024, to allow the Parties to continue discussions on ways to potentially resolve this matter. *See* Dkt.

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

JOINT STATUS REPORT AND JOINT MOTION FOR ADDITIONAL THIRTY-DAY STAY - 1
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

24. In their Joint Motion, the Parties further stated that should their Motion be granted, then on or before September 17, 2024, the Parties would file a joint status report to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order. *Id.*

On August 27, 2024, the Court granted the Joint Motion, stayed all pending case deadlines, and ordered the Parties to file a joint status report by September 17, 2024 to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order. *See* Dkt. 25.

The Parties hereby jointly request an additional thirty-day stay of all pending case deadlines, through and including October 16, 2024, in order to allow sufficient time to continue to explore whether the case can be resolved by settlement.

The Parties further propose that, should this Joint Motion for Additional Thirty-Day Stay be granted, then on or before October 16, 2024, the Parties will file a joint status report to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order.

This Motion is not made for purposes of delay or prejudice, but so that justice may be done. This case has been pending only since April 2024, and the requested brief stay is intended to allow the Parties to continue to explore whether the case can be resolved by settlement.

WHEREFORE, the Parties respectfully request that the Court issue an Order staying all pending deadlines in this case for thirty days, through and including October 16, 2024.

Respectfully submitted,

Date: September 16, 2024

| | |
|---|---|
| DAVID SARRUF<br><br>By: *Glenn Kantor (w/permission)*<br>Stacy Monahan Tucker<br>MONAHAN TUCKER LAW<br>14241 Woodinville-Duvall Rd. | THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN<br><br>By: *Douglas F. Stewart* |

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 2
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

Woodinville, WA 98072
Tel: 844-503-5301
Fax: 206-800-7801
Email: smtucker@mtlawpc.com

Glenn R. Kantor *(admitted pro hac vice)*
Brent Dorian Brehm *(admitted pro hac vice)*
KANTOR & KANTOR LLP
9301 Corbin Ave.
Ste. 1400
Northridge, CA 91324
Tel: 818-886-2525
Fax: 818-350-6272
Email: bbrehm@kantorlaw.net

*Attorneys for Plaintiff*

Douglas F. Stewart (#34068)
Bracewell, LLP
701 Fifth Ave, Suite 3420
Seattle, WA  98104
Telephone:  206-204-6200
Fax:  800-404-3970
doug.stewart@bracewell.com

Aviva Grumet-Morris *(admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
agmorris@winston.com
Telephone:  312-558-5600
Facsimile:  312-558-5700

*Attorneys for Defendants*

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 3
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# [~~PROPOSED~~] ORDER STAYING CASE

This matter came regularly before the Court through the Joint Status Report and Joint Motion for Additional Thirty-Day Stay filed by the Parties above. The Court, having considered the Joint Motion and the facts described therein, finds good cause for the agreed-upon stay and hereby ORDERS that all pending case deadlines be stayed through and including October 16, 2024. The Parties are also ORDERED to file a joint status report by October 16, 2024 to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order.

**IT IS SO ORDERED** this 17th day of September 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970