THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID SARRUF,<br><br>     Plaintiff,<br><br> v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br><br>     Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**JOINT STATUS REPORT AND**<br>**JOINT MOTION FOR**<br>**ADDITIONAL THIRTY-DAY**<br>**STAY** |

Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their attorneys, hereby respectfully submit this Joint Status Report and Joint Motion for Additional Thirty-Day Stay, as follows.

On August 27, 2024, the Court granted the parties' Joint Motion to Stay Case to allow the Parties to continue discussions on ways to potentially resolved this matter. The Court stayed all pending case deadlines, and ordered the Parties to file a joint status report by September 17, 2024 to inform the Court of the status of this matter and, if necessary, to propose

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY
No. 2:24-cv-00461-JCC    1

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

a new scheduling order. *See* Dkt. 25.

On September 16, 2024, the parties filed a Joint Motion to Stay and Joint Status Report, which requested an additional thirty-day stay of all pending case deadlines   in order to allow the Parties to continue to explore whether the case could be resolved by settlement. *See* Dkt. 26.  The Court granted the Motion and stayed all case deadlines through October 16, 2024 and ordered the parties to file a joint status report by the same date. *See* Dkt. 27.

The Parties report that they are continuing to engage in settlement discussions.  Plaintiff has made a settlement demand, to which Defendants have responded with a counter offer.  Plaintiff has proposed that the parties mediate this matter, and Defendants are considering whether a mediation is the most efficient way to bring this matter to a resolution.

The Parties accordingly request that the Court stay all case deadlines for an additional thirty days while they continue to explore whether the case can be resolved by settlement.  The Parties propose that, should this Joint Motion for Additional Thirty-Day Stay be granted, then on or before November 18, 2024, the Parties will file a joint status report to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order.

This Motion is not made for purposes of delay or prejudice, but so that justice may be done.  This case has been pending only since April 2024, and the requested brief stay is intended to allow the Parties to continue to explore whether the case can be resolved by settlement.

WHEREFORE, the Parties respectfully request that the Court issue an Order staying all pending deadlines in this case for thirty days, through and including November 18, 2024.  Respectfully submitted,

Date: October 16, 2024

DAVID SARRUF

By: *Glenn Kantor (w/permission)*
Stacy Monahan Tucker
MONAHAN TUCKER LAW
14241 Woodinville-Duvall Rd.
Woodinville, WA 98072
Tel: 844-503-5301
Fax: 206-800-7801
Email: smtucker@mtlawpc.com

Glenn R. Kantor *(admitted pro hac vice)*
Brent Dorian Brehm *(admitted pro hac vice)*
KANTOR & KANTOR LLP
9301 Corbin Ave.
Ste. 1400
Northridge, CA 91324
Tel: 818-886-2525
Fax: 818-350-6272
Email: bbrehm@kantorlaw.net

*Attorneys for Plaintiff*

THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN

By: *Douglas F. Stewart*
Douglas F. Stewart (#34068)
Bracewell, LLP
701 Fifth Ave, Suite 3420
Seattle, WA  98104
Telephone:  206-204-6200
Fax:  800-404-3970
doug.stewart@bracewell.com

Aviva Grumet-Morris *(admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
agmorris@winston.com
Telephone:  312-558-5600
Facsimile:  312-558-5700

*Attorneys for Defendants*

1

2
### [~~PROPOSED~~] ORDER STAYING CASE

This matter came regularly before the Court through the Joint Status Report and Joint

Motion for Additional Thirty-Day Stay (**Dkt. No. 30**) filed by the Parties above. The Court,

having considered the Joint Motion and the facts described therein, finds good cause for the

agreed-upon stay and hereby ORDERS that all pending case deadlines be stayed through and

including November 18, 2024. The Parties are also ORDERED to file a joint status report by

November 18, 2024 to inform the Court of the status of this matter and, if necessary, to propose

a new scheduling order.

**IT IS SO ORDERED** this 16th day of October 2024.


_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970