THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**STIPULATED MOTION FOR<br>WITHDRAWAL OF COUNSEL** |

IT IS HEREBY STIPULATED and agreed by and between the parties, through their counsel of record, that subject to the approval of the Court, Counsel Aviva Grumet-Morris of WINSTON & STRAWN LLP shall be permitted to withdraw as a counsel for The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"). The interests of Defendants have been and will continue to be represented by able counsel. Accordingly, no prejudice will result from the withdrawal of Ms. Grumet-Morris.

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

STIPULATED MOTION FOR
WITHDRAWAL OF COUNSEL - 1
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

Respectfully submitted,

Date: November 4, 2024

| | |
|---|---|
| DAVID SARRUF<br><br>By: *s/ Glenn Kantor (w/permission)*<br>Stacy Monahan Tucker<br>MONAHAN TUCKER LAW<br>14241 Woodinville-Duvall Rd.<br>Woodinville, WA 98072<br>Tel: 844-503-5301<br>Fax: 206-800-7801<br>Email: smtucker@mtlawpc.com<br><br>Glenn R. Kantor *(admitted pro hac vice)*<br>Brent Dorian Brehm *(admitted pro hac vice)*<br>KANTOR & KANTOR LLP<br>9301 Corbin Ave.<br>Ste. 1400<br>Northridge, CA 91324<br>Tel: 818-886-2525<br>Fax: 818-350-6272<br>Email: bbrehm@kantorlaw.net<br><br>*Attorneys for Plaintiff* | THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN<br><br>By: *s/ Douglas F. Stewart*<br>Douglas F. Stewart (#34068)<br>Bracewell, LLP<br>701 Fifth Ave, Suite 3420<br>Seattle, WA 98104<br>Telephone: 206-204-6200<br>Fax: 800-404-3970<br>doug.stewart@bracewell.com<br><br>*s/ Kara P. Wheatley*<br>Kara P. Wheatley *(admitted pro hac vice)*<br>Mark C. Nielsen *(admitted pro hac vice)*<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue, NW., Suite 1200<br>Washington DC 200006<br>KWheatley@groom.com<br>MCN@groom.com<br>Telephone: 202-861-6339<br>Facsimile: 202-659-4503<br><br>*Attorneys for Defendants*<br><br>*s/ Aviva Grumet-Morris*<br>Aviva Grumet-Morris *(admitted pro hac vice)*<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br>agmorris@winston.com<br>Telephone: 312-558-5600<br>Facsimile: 312-558-5700<br><br>*Withdrawing Attorney for Defendants* |

STIPULATED MOTION FOR
WITHDRAWAL OF COUNSEL - 2
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# [~~PROPOSED~~] ORDER

The Court, having reviewed the parties Stipulated Motion for Withdrawal of Counsel, pursuant to LCR 83.2(b)(1) hereby ORDERS: The withdrawal of Aviva Grumet-Morris of WINSTON & STRAWN LLP as counsel of record for Defendants in the above captioned matter is GRANTED; and it is further ORDERED that the Clerk of the Court and all parties shall remove Aviva Grumet-Morris of WINSTON & STRAWN LLP from the service lists associated with this action, including the CM/ECF service list.

**IT IS SO ORDERED** this 4th day of November 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION FOR
WITHDRAWAL OF COUNSEL - 3
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

STIPULATED MOTION FOR
WITHDRAWAL OF COUNSEL - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970