THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>    Plaintiff,<br><br>v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>    Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**JOINT STATUS REPORT AND JOINT MOTION FOR ADDITIONAL THIRTY-DAY STAY** |

  Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their attorneys, hereby respectfully submit this Joint Status Report and Joint Motion for Additional Sixty-Day Stay, as follows.

  On August 27, 2024, the Court granted the Parties' Joint Motion to Stay Case to allow the Parties to continue discussions on ways to potentially resolve this matter. The Court stayed all pending case deadlines, and ordered the Parties to file a joint status report by September 17, 2024 to inform the Court of the status of this matter and, if necessary, to propose a new

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 1
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

scheduling order.  *See* Dkt. 25.

On September 16, 2024, the Parties filed a Joint Motion to Stay and Joint Status Report, which requested an additional thirty-day stay of all pending case deadlines in order to allow the Parties to continue to explore whether the case could be resolved by settlement.  *See* Dkt. 26.  The Court granted the Motion and stayed all case deadlines through October 16, 2024 and ordered the parties to file a joint status report by the same date.  *See* Dkt. 27.

On October 16, 2024 the Parties filed a Joint Motion to Stay and Joint Status Report, which requested an additional thirty-day stay of all pending case deadlines in order to allow the Parties to explore mediation.  *See* Dkt. 30.  The Court granted the Motion and stayed all case deadlines through November 18, 2024 and ordered the Parties to file a joint status report by the same date.  *See* Dkt. 31.

On November 14, 2024, the Parties filed a Joint Motion to Stay and Joint Status Report, which advised the Court that the Parties were in the process of selecting a mediator and identifying a date for mediation.  *See* Dkt. 36.  The Parties accordingly requested an additional thirty-day stay.  *Id.*  The Court granted the Motion and stayed all case deadlines through January 17, 2025 and ordered the Parties to file a joint status report by the same date.  *See* Dkt. 37.

The Parties report that they have agreed on a mediator, and have engaged Adrienne Publicover with JAMS to mediate this case.  Mediation is scheduled for January 24, 2025 at 9 a.m. PT in San Francisco.

 The Parties accordingly request that the Court stay all case deadlines for an additional thirty days while they mediate this case.

This Motion is not made for purposes of delay or prejudice, but so that justice may be done.  This case has been pending only since April 2024, and the requested brief stay is intended to allow the Parties to continue to explore whether the case can be resolved by settlement.

WHEREFORE, the Parties respectfully request that the Court issue an Order staying all pending deadlines in this case for thirty days, through and including February 18, 2025.

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 2
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

Respectfully submitted,

Date: January 15, 2025

| | |
|---|---|
| DAVID SARRUF | THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN |
| By: *s/ Glenn Kantor (w/permission)* <br> Stacy Monahan Tucker <br> MONAHAN TUCKER LAW <br> 14241 Woodinville-Duvall Rd. <br> Woodinville, WA 98072 <br> Tel: 844-503-5301 <br> Fax: 206-800-7801 <br> Email: smtucker@mtlawpc.com <br><br> Glenn R. Kantor *(admitted pro hac vice)* <br> Brent Dorian Brehm *(admitted pro hac vice)* <br> KANTOR & KANTOR LLP <br> 9301 Corbin Ave. <br> Ste. 1400 <br> Northridge, CA 91324 <br> Tel: 818-886-2525 <br> Fax: 818-350-6272 <br> Email: bbrehm@kantorlaw.net <br><br> *Attorneys for Plaintiff* | By: *s/ Douglas F. Stewart* <br> Douglas F. Stewart (#34068) <br> Bracewell, LLP <br> 701 Fifth Ave, Suite 3420 <br> Seattle, WA  98104 <br> Telephone:  206-204-6200 <br> Fax:  800-404-3970 <br> doug.stewart@bracewell.com <br><br> Mark C. Nielson *(admitted pro hac vice)* <br> Kara P. Wheatley *(admitted pro hac vice*) <br> GROOM LAW GROUP <br> 1701 Pennsylvania Avenue, Suite 1200 <br> Washington, DC 20006 <br> kwheatley@groom.com <br> mcn@groom.com <br> Telephone:  202-8861-6339 <br> Facsimile:  202-659-4503 <br><br> *Attorneys for Defendants* |

JOINT STATUS REPORT AND JOINT MOTION FOR ADDITIONAL THIRTY-DAY STAY - 3
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**[~~PROPOSED~~] ORDER STAYING CASE**

This matter came regularly before the Court through the Joint Status Report and Joint Motion for Additional Thirty-Day Stay filed by the Parties above. The Court, having considered the Joint Motion and the facts described therein, finds good cause for the agreed-upon stay and hereby ORDERS that all pending case deadlines be stayed through and including February 18, 2025. The Parties are also ORDERED to file a joint status report by February 18, 2025, to inform the Court of the status of this matter and, if necessary, to propose a new scheduling order.

**IT IS SO ORDERED** this 15th day of January 2025.

*/s/ John C. Coughenour*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

JOINT STATUS REPORT AND JOINT MOTION FOR
ADDITIONAL THIRTY-DAY STAY - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 3420
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970