THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**JOINT STATUS REPORT AND**<br>~~**PROPOSED**~~ **SCHEDULE** |

Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (collectively, "Defendants"), by and through their attorneys, hereby respectfully submit this Joint Status Report and Proposed Schedule, as follows.

The Parties previously had requested, and the Court granted, multiple stays of the case to allow the Parties to discuss ways to potentially resolve this matter. See Dkt. 25, 27, 31, 37, 39. The Parties ultimately conducted a mediation on January 24, 2025 with Adrienne Publicover of JAMS.

The Parties were not able to resolve the case through mediation. The Parties accordingly propose the following schedule:

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

JOINT STATUS REPORT AND
~~PROPOSED~~ SCHEDULE
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

- March 21, 2025: Defendants to produce administrative record.
- April 4, 2025: Plaintiff to advise of proposed changed to administrative record.
- April 11, 2025: Parties to file administrative record.
- April 22, 2025: Opening summary judgment briefs due.
- May 16, 2025: Responses to summary judgment briefs due.
- June 9, 2025: Summary judgment brief replies due.

Respectfully submitted,

Date: February 18, 2025

| DAVID SARRUF | THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN |
|---|---|
| By: *s/ Glenn R. Kantor* <br> Stacy Monahan Tucker <br> MONAHAN TUCKER LAW <br> 14241 Woodinville-Duvall Rd. <br> Woodinville, WA 98072 <br> Tel: 844-503-5301 <br> Fax: 206-800-7801 <br> Email: smtucker@mtlawpc.com <br><br> Glenn R. Kantor *(admitted pro hac vice)* <br> Brent Dorian Brehm *(admitted pro hac vice)* <br> KANTOR & KANTOR LLP <br> 9301 Corbin Ave., Ste. 1400 <br> Northridge, CA 91324 <br> Tel: 818-886-2525 <br> Fax: 818-350-6272 <br> Email: bbrehm@kantorlaw.net <br><br> *Attorneys for Plaintiff* | By: *s/ Douglas F. Stewart* <br> Douglas F. Stewart (#34068) <br> Bracewell, LLP <br> 701 Fifth Ave, Suite 6850 <br> Seattle, WA 98104 <br> Tel: 206-204-6200 <br> Fax: 800-404-3970 <br> Email: doug.stewart@bracewell.com <br><br> Mark C. Nielson *(admitted pro hac vice)* <br> Kara P. Wheatley *(admitted pro hac vice)* <br> GROOM LAW GROUP <br> 1701 Pennsylvania Avenue, Suite 1200 <br> Washington, DC 20006 <br> Tel: 202-8861-6339 <br> Fax: 202-659-4503 <br> Email: kwheatley@groom.com <br> Email: mcn@groom.com <br><br> *Attorneys for Defendants* |

JOINT STATUS REPORT AND ~~PROPOSED~~ SCHEDULE
No. 2:24-cv-00461-JCC                    2

Bracewell LLP
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# [~~PROPOSED~~] SCHEDULE

This matter came regularly before the Court through the Joint Status Report and Proposed Schedule filed by the Parties above. The Court, having considered the Joint Motion enters the following schedule:

- March 21, 2025: Defendants to produce administrative record.
- April 4, 2025: Plaintiff to advise of proposed changed to administrative record.
- April 11, 2025: Parties to file administrative record.
- April 22, 2025: Opening summary judgment briefs due.
- May 16, 2025: Responses to summary judgment briefs due.
- June 9, 2025: Summary judgment brief replies due.

**IT IS SO ORDERED** this 18th day of February 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

JOINT STATUS REPORT AND ~~PROPOSED~~ SCHEDULE
No. 2:24-cv-00461-JCC

3

Bracewell LLP
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: February 18, 2025

By: /s/ <u>Douglas F. Stewart</u><br>
Douglas F. Stewart, WSBA No. 34068

JOINT STATUS REPORT AND
~~PROPOSED~~ SCHEDULE
No. 2:24-cv-00461-JCC                4

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970