THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>                              Plaintiff,<br><br>    v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>                             Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION** |

**I.**  **Relief Requested.**

Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (together, "Defendants") (Plaintiff and Defendants together, the "Parties"), by and through their attorneys, hereby respectfully move the Court for an order extending the deadline for Plaintiff to file his fee petition.

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

STIPULATED MOTION FOR EXTENSION OF TIME TO
FILE FEE PETITION - 1
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

On July 3, 2025, the Court granted in part and denied in part the parties' motions for summary judgment, remanded Plaintiff's benefits claim to the Plan administrator, and directed Plaintiff to provide the Court with an accounting of his attorneys' fees within 30 days. *See* Order (Dkt. 60).

The Parties are in the process of discussing the potential resolution of this case in its entirety, including any attorneys' fees incurred by Plaintiff during the course of this litigation. The Parties have agreed to extend the time period for Defendants to consider Plaintiff's claim on remand and issue a decision on such remand until September 15, 2025. The Parties respectfully request that the Court extend the deadline for Plaintiff to file his fee petition until one week later, or until September 22, 2025. Doing so will allow the Parties sufficient time to engage in settlement discussions and determine whether this case can be resolved.

**IV.    Conclusion.**

For the foregoing reasons, the Parties jointly ask the Court to grant this stipulated motion for an extension of time for Plaintiff to file his fee petition until September 22, 2025.

Date: July 25, 2025

Respectfully submitted,

| DAVID SARRUF | THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN |
|---|---|
| By: *Glenn R. Kantor, w/ permission*<br>Stacy Monahan Tucker<br>MONAHAN TUCKER LAW<br>14241 Woodinville-Duvall Rd.<br>Woodinville, WA 98072<br>Tel: 844-503-5301<br>Fax: 206-800-7801<br>Email: smtucker@mtlawpc.com | By: *Douglas F. Stewart*<br>Douglas F. Stewart (#34068)<br>Bracewell, LLP<br>701 Fifth Ave, Suite 6850<br>Seattle, WA  98104<br>Telephone:  206-204-6200<br>Fax:  800-404-3970<br>doug.stewart@bracewell.com |

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION - 2
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

1
2
3
4
5
6
7
...
27

Glenn R. Kantor *(admitted pro hac vice)*
KANTOR & KANTOR LLP
9301 Corbin Ave.
Ste. 1400
Northridge, CA 91324
Tel: 818-886-2525
Fax: 818-350-6272
Email: bbrehm@kantorlaw.net

*Attorneys for Plaintiff*

Mark C. Nielson *(admitted pro hac vice)*
Kara P. Wheatley (*admitted pro hac vice*)
GROOM LAW GROUP
1701 Pennsylvania Avenue, Suite 1200
Washington, DC 20006
kwheatley@groom.com
mcn@groom.com
Telephone:  202-8861-6339
Facsimile:  202-659-4503

*Attorneys for Defendants*

STIPULATED MOTION FOR EXTENSION OF TIME TO
FILE FEE PETITION - 3
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**[PROPOSED]** **ORDER**

THIS MATTER having come before the Court upon the Parties' STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION (**Dkt 62**), and the Court having considered the motion and all relevant materials, and finding good cause shown, hereby ODERS:

1. The Parties' Stipulated Motion for Extension of Time to File Fee Petition is GRANTED.

2. Plaintiff's deadline for filing an accounting of his attorneys' fees is extended until September 22, 2025.

**IT IS SO ORDERED** this 28th day of July 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: July 25, 2025

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

STIPULATED MOTION FOR EXTENSION OF TIME TO
FILE FEE PETITION - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970