1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

DAVID SARRUF,

           Plaintiff,

    vs.

LILLY LONG TERM DISABILITY PLAN
& LILLY LIFE INSURANCE PLAN,

       Defendants.

Case No. 2:24-CV-00461-JCC

**THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION**

I.      **Relief Requested**

Plaintiff David Sarruf ("Plaintiff") and Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")1 and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")2 (together, "Defendants") (Plaintiff and Defendants together, the "Parties"), by and through their attorneys, hereby respectfully move the Court for an order extending the deadline for Plaintiff to file his fee petition.

On July 28, 2025, the Court granted the Parties' Stipulated Motion for Extension of Time to File Fee Petition and extended the deadline for Plaintiff to file his accounting of attorneys' fees so that (i) the Parties could discuss the potential resolution of this case in its entirety, including any attorneys' fees incurred by Plaintiff during the course of this litigation, and (ii) to allow sufficient time for the remand process.

On August 29, 2025, the Court granted the Parties' Second Stipulated Motion for Extension of Time to File Fee Petition and extended the deadline for Plaintiff to file his accounting of attorneys' fees.

The Parties need additional time to continue settlement discussions and conduct the remand process. Specifically, Plaintiff requires additional time gather responses from his treating physicians to a report produced by Defendant on September 2, 2025. As a result, the Parties have further agreed to extend the time period for Defendants to consider Plaintiff's claim on remand and issue a decision on such remand until November 17, 2025. The Parties respectfully request that the Court extend the deadline for Plaintiff to file his fee petition until one week later, or until November 24, 2025.

**II.      Conclusion.**

For the foregoing reasons, the Parties jointly ask the Court to grant this stipulated motion for an extension of time for Plaintiff to file his fee petition until November 24, 2025.

1    Respectfully submitted,

2

3    Dated this 10th day of September, 2025

4                                               By:    /s/ Stacy Monahan Tucker
                                                       Stacy Monahan Tucker
5                                                      MONAHAN TUCKER LAW
                                                       14241 Woodinville-Duvall Rd.
                                                       Woodinville, WA 98072
6                                                      Email: smtucker@mtlawpc.com
                                                       Tel: 844-503-5301
7                                                      Fax: 206-800-7801

8                                                      /s/ Glenn R. Kantor
                                                       Glenn R. Kantor (*admitted pro hac vice*)
9                                                      Attorney for Plaintiff
                                                       DAVID SARRUF
10                                                     KANTOR & KANTOR, LLP
                                                       9301 Corbin Ave., Suite 1400
11                                                     Northridge, CA  91324
                                                       E-mail: gkantor@kantorlaw.net
12                                                     Telephone: (818) 886-2525
                                                       Facsimile: (818) 350-6272
13
                                                       *Attorneys for Plaintiffs*
14
                                                       By: /s/ Douglas F. Stewart, w/permission
15                                                     Douglas F. Stewart (#34068)
                                                       Bracewell, LLP
16                                                     701 Fifth Ave, Suite 3420
                                                       Seattle, WA 98104
17                                                     Telephone: 206-204-6200
                                                       Fax 800.404.3970
18                                                     doug.stewart@bracewell.com
19
20                                                     Mark C. Nielsen (*admitted pro hac vice*)
                                                       Kara P. Wheatley (*admitted pro hac vice*)
21                                                     GROOM LAW GROUP
                                                       1701 Pennsylvania Avenue, Suite 1200
22                                                     Washington, DC 20006
                                                       kwheatley@groom.com
23                                                     mcn@groom.com
                                                       Telephone: 202-8861-6339
24                                                     Facsimile: 202-659-4503

25                                                     *Attorneys for Defendants*
26

27

28

1
THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION

**[PROPOSED] ORDER**

THIS MATTER having come before the Court upon the Parties' THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION, and the Court having considered the motion and all relevant materials, and finding good cause shown, hereby ORDERS:

1. The Parties' Third Stipulated Motion for Extension of Time to File Fee Petition is GRANTED.

2. Plaintiff's deadline for filing an accounting of his attorneys' fees is extended until November 24, 2025.

IT IS SO ORDERED this 10th day of September 2025.

THE HONORABLE JOHN C. COUGHENOUR

THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record who receive CM/ECF notifications.


Dated: September 10, 2025


By: /s/ Glenn R. Kantor
Glenn R. Kantor, admitted pro hac vice

THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE FEE PETITION