THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>               Plaintiff,<br><br>v.<br><br>LILLY LONG TERM DISABILITY PLAN &<br>LILLY LIFE INSURANCE PLAN,<br><br>               Defendant. | Case No. 2:24-cv-00461-JCC<br><br>**DEFENDANTS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION** |

      Pursuant to Local Civil Rule 7(j), Defendants The Eli Lilly and Company Long Term Disability Plan (the "LTD Plan")[1] and The Eli Lilly and Company Life Insurance and Death Benefit Plan (the "Life Insurance Plan")[2] (together, "Defendants") hereby respectfully move the Court for an order extending the deadline for Defendants to file an opposition to Plaintiff David Sarruf's ("Plaintiff," with Defendants, the "Parties") Petition for Attorneys' Fees ("Petition") from December 3, 2025 to December 8, 2025. Plaintiff consents to the extension.

      On July 3, 2025, the Court granted-in-part and denied-in-part the Parties' motions for summary judgment, remanded Plaintiff's benefits claim to the Plan administrator, and directed

---

[1] The LTD Plan is incorrectly named in the Complaint as the Lilly Long Term Disability Plan.

[2] The Life Insurance Plan is incorrectly named in the Complaint as the Lilly Life Insurance Plan.

DEFENDANTS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION - 1
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

Plaintiff to provide the Court with an accounting of his attorneys' fees. *See* Dkt. No. 60 ("Order"). The Court also stated that "Defendants may file a brief in opposition" to Plaintiffs' Petition "within 14 days" of Plaintiff filing his accounting with the Court. *Id.* at 8 n.5.

On November 19, 2025, *see* Dkt. 68, Plaintiff filed his accounting, making Defendants' opposition due on December 3, 2025.

Defendants respectfully submit that good cause exists for an extension of this deadline. A short extension of time until December 8, 2025 is reasonable under the circumstances because of the scope and complexity of the factual and legal issues raised by the Petition, the accounting, and the upcoming Thanksgiving holiday. Plaintiff consents to the extension.

Accordingly, Defendants respectfully request that the Court grant this unopposed motion for an extension of time for Defendants to file an opposition to the Petition until December 8, 2025.

Date: November 20, 2025

Respectfully submitted,

THE ELI LILLY AND COMPANY LONG TERM DISABILITY PLAN AND THE ELI LILLY AND COMPANY LIFE INSURANCE AND DEATH BENEFIT PLAN

By: _/s/ *Douglas F. Stewart*_____
Douglas F. Stewart (#34068)
Bracewell, LLP
701 Fifth Ave, Suite 6850
Seattle, WA  98104
Telephone:  206-204-6200
Fax: 800-404-3970
doug.stewart@bracewell.com

DEFENDANTS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION - 2
No. 2:24-cv-00461-JCC

Bracewell LLP
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Mark C. Nielson *(admitted pro hac vice)*
Kara P. Wheatley (*admitted pro hac vice*)
GROOM LAW GROUP
1701 Pennsylvania Avenue, Suite 1200
Washington, DC 20006
kwheatley@groom.com
mcn@groom.com
Telephone:  202-8861-6339
Facsimile:  202-659-4503

*Attorneys for Defendants*

DEFENDANTS' UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION - 3
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

**[PROPOSED] ORDER**

THIS MATTER having come before the Court upon the Defendants' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION (**Dkt 69**), and the Court having considered the motion and all relevant materials, and finding good cause shown, hereby ORDERS:

1. The Defendants' Unopposed Motion for Extension of Time to File Opposition to Fee Petition (**Dkt 69**) is GRANTED.

2. Defendants' deadline to file an opposition to Plaintiffs' Petition for Attorney's Fees is extended until December 8, 2025.

**IT IS SO ORDERED** this 20th day of November 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

DEFENDANTS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION - 4
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Dated: November 20, 2025

By: /s/ *Douglas F. Stewart*
Douglas F. Stewart, WSBA No. 34068

DEFENDANTS' UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO FEE PETITION - 5
No. 2:24-cv-00461-JCC

**Bracewell LLP**
701 Fifth Ave., Suite 6850
Seattle, Washington 98104-7043
Phone 206.204.6200 Fax 800.404.3970