UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID SARRUF,<br><br>        Plaintiff,<br><br>vs.<br><br>LILLY LONG TERM DISABILITY PLAN & LILLY LIFE INSURANCE PLAN,<br><br>        Defendants. | Case No. 2:24-CV-00461-JCC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF THE PETITION FOR ATTORNEY'S FEES** |

    Plaintiff, by and through undersigned counsel, respectfully moves the Court for an extension of time to file Plaintiff's Reply Brief in Support of the Petition for Attorney's Fees. In support of this unopposed motion, Plaintiff states as follows:

    1.    Plaintiff's reply is currently due on December 15, 2025.

    2.    Plaintiff requests a short extension of four days, up to and including December 19, 2025 to prepare and file the reply brief. Plaintiff seeks this extension due to the fact that counsel for Plaintiff, Glenn Kantor, is travelling outside the country on a pre-planned vacation.

    3.    Counsel for Plaintiff has conferred with counsel for Defendant regarding this request. Defendant does not oppose the requested extension.

    4.    This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend the deadline for filing Plaintiff's Reply Brief in Support of the Petition for Attorney's Fees to December 19, 2025, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Dated this 10th day of December, 2025

By: */s/ Stacy Monahan Tucker*
Stacy Monahan Tucker
MONAHAN TUCKER LAW
14241 Woodinville-Duvall Rd.
Woodinville, WA 98072
Email: smtucker@mtlawpc.com
Tel: 844-503-5301
Fax: 206-800-7801

*/s/ Glenn R. Kantor*
Glenn R. Kantor (*admitted pro hac vice*)
Attorney for Plaintiff
DAVID SARRUF
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, CA 91324
E-mail: gkantor@kantorlaw.net
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

*Attorneys for Plaintiffs*

**ORDER**

THIS MATTER having come before the Court upon the UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF THE PETITION FOR ATTORNEY'S FEES, and the Court having considered the motion and all relevant materials, and finding good cause shown, hereby ORDERS:

1. The Unopposed Motion for Extension of Time to File Plaintiff's Reply Brief in Support of The Petition for Attorney's Fees is GRANTED.

2. Plaintiff's deadline for filing the reply brief is extended until December 19, 2025.

IT IS SO ORDERED this 10th day of December, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR